**KENNETH A. RUSHTON (2827)**
Attorney for Trustee
P.O. Box 212
Lehi, Utah 84043
Telephone: (801) 768-8416



## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
### CENTRAL DIVISION

### DEPOSIT OF UNCLAIMED FUNDS

| | |
|---|---|
| In Re: | Chapter 7 |
| SIDNEY LEROY CLARKE<br>DENISE LYNN CLARKE | Bankruptcy No. 10-20089 |
| Debtors. | |

Kenneth A. Rushton, the duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

1. On February 28, 2011, Check # 104, in the amount of $281.32 was issued to New World Equipment Funding, LLC.

2. Said check was not cashed and payment was stopped.

3. The unclaimed funds are on deposit in the Bank of New York Mellon, Account # 92005318408466.

4. The last known name and address of the payee, to which the check was sent, is as follows:

> New World Equipment Funding, LLC
> 1979 Marcus Ave.
> Suite 232
> Lake Success NY 11042

5. A check in the amount of $281.32, representing said unclaimed funds, made payable to the Clerk, United States Bankruptcy Court is attached hereto.

DATED this 2nd day of June, 2011.

_____
KENNETH A. RUSHTON, Trustee

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Deposit of Unclaimed Funds to the parties listed below by depositing the same in the United States mail, postage prepaid, this 2nd day of June, 2011.

United States Trustee
Ken Garff Building
405 South Main Street
Suite 300
Salt Lake City, Utah 84111

*/s/ [signature]*